UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     SEAN M BING

              Debtor(s)

        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
              Movant          CASE NO: 5-17-04405-JJT

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on November 8, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)     A Petition under Chapter 13 was filed on October 23, 2017.

2)     The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

       - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
       - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
       - **CHAPTER 13 PLAN**

3)     If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                                          Respectfully submitted,
                                                          s/ <u>Charles J. DeHart, III</u>
                                                        Standing Chapter 13 Trustee
                                                        8125 Adams Drive, Suite A
                                                        Hummelstown, PA 17036
                                                        (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SEAN M BING                               CHAPTER 13

                                                   CASE NO: 5-17-04405-JJT

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on October 23, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

| | |
|---|---|
| Date: | **December 5, 2017** |
| Time: | **09:30 AM** |
| Location: | **U.S. Bankruptcy Court** |
| | **Max Rosenn U.S. Courthouse** |
| | **Courtroom #2** |
| | **197 S. Main Street** |
| | **Wilkes Barre, PA** |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **November 22, 2017**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Dated:  November 8, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING

Debtor(s)

CHAPTER 13

CASE NO: 5-17-04405-JJT

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on November 8, 2017.

SEAN M BING
149 BON SHER DRIVE
TANNERSVILLE, PA 18372

Respectfully submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: November 8, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SEAN M BING

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

        Movant

vs.

SEAN M BING

        Respondent(s)

CHAPTER 13

CASE NO: 5-17-04405-JJT

MOTION TO DISMISS

**ORDER DISMISSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.