```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                   Case No. 17-04405-JJT
Sean M Bing                                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh              Page 1 of 1            Date Rcvd: Nov 27, 2017
                              Form ID: ordsmiss          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
4983519        +Deutsche Bank National,   60 Wall Street,   New York NY 10005-2858
4983521        +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia PA 19106-1541
4983520        +Long Beach Mortgage Corporation,   1400 South Douglas Road,   Suite 100,
                 Anaheim CA 92806-6906
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: sean1ne77@gmail.com Nov 27 2017 18:51:27      Sean M Bing,   149 Bon Sher Drive,
                 Tannersville, PA 18372-7739
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4983518*       +Sean M Bing,   149 Bon Sher Drive,   Tannersville, PA 18372-7739
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Sean M Bing **Debtor(s)** | Chapter 13 |
| | Case No. 5:17−bk−04405−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 27, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk